IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JACOB LEE ENTERPRISES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-654 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIE INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendant. | ) | |

## ERIE INSURANCE EXCHANGE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the attached Motion for Summary Judgment, filed by Defendant Erie Insurance Exchange, may be heard by the Honorable Pamela Pepper, upon the Court's discretion, at a date and time to be determined by the Court, in the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, 517 E. Wisconsin Avenue, Milwaukee, WI 53202..

NOW COMES Defendant Erie Insurance Exchange, by its attorneys in this action, Borgelt, Powell, Peterson & Frauen, S.C., and pursuant to Fed. R. Civ. P. 56, and Wis. E.D. Civ. L.R. 7 and 56, hereby moves the Court for summary judgment in favor of Defendant dismissing this case on the merits and with prejudice.

As grounds for its motion, the Defendant relies on Fed. R. Civ. P. 56, Civ. L.R. 56(b), Erie Insurance Exchange's Memorandum of Law in Support of Motion for Summary Judgment, the Declaration of Erik Gustafson and attachments thereto, Officer Kost's Statement of Proposed Undisputed Facts Pursuant to Civil Local Rule

56(b)(1)(C), the arguments of counsel for Defendant at the hearing (if any) on this motion, and the entire record and file herein.

Dated at Milwaukee, Wisconsin: June 30, 2023

**BORGELT, POWELL, PETERSON & FRAUEN, S.C.**
Attorneys for Defendant Erie Insurance Exchange
Electronically signed by: */s/ Erik M. Gustafson*
Michael J. Wirth
WI State Bar No. 1034011
Erik M. Gustafson
WI State Bar No. 1098932

BORGELT, POWELL, PETERSON & FRAUEN, S.C.
1243 N. 10th St., Suite 300
Milwaukee, Wisconsin 53205
Ph: 414-276-3600
Fax: 414-276-0172
Email: egustafson@borgelt.com
mwirth@borgelt.com